# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| CHASE GELAKOSKI, | Civil No. 09-3468 (JRT/RLE) |
| Plaintiff, | |
| v. | |
| BRIDGESTONE & ASSOCIATES, LLC AND THOMAS LIND LABEAUX, | **ORDER FOR DISMISSAL** |
| Defendants. | |

_____

Patrick Hayes and William Michelson, **MARSO & MICHELSON, PA**, 3101 Irving Avenue South, Minneapolis, MN 55408, for plaintiff.

Jody Peterson and Ryan Trucke, **BRUTLAG, HARTMANN & TRUCKE, PA,** 3555 Plymouth Boulevard, Suite 117, Minneapolis, MN 55447, for defendants.

This matter is before the Court on the Stipulation of Dismissal filed by the parties on May 17, 2010 [Docket No. 23].

**IT IS HEREBY ORDERED** that judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorney's fees to any party.

**IT IS FURTHER ORDERED** that there being no just reason for delay **JUDGMENT SHALL BE ENTERED ACCORDINGLY.**

DATED: May 18, 2010
at Minneapolis, Minnesota.

                                                                     s/ John R. Tunheim
                                                                  JOHN R. TUNHEIM
                                                       United States District Judge